UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO. 5:07-CR-154-1BO |
| | ) | |
| AMANDAS WILSON | ) | |

### ORDER

Upon Motion to Seal Docket Entry Number 62 and for good cause shown, it is hereby ORDERED that Docket Entry Number 62 be sealed.

So ORDERED this 8 day of August, 2016.

The Honorable Terrence W. Boyle
United States District Judge